IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-23110-GLT |
| Brian Keith Adams | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Brian Keith Adams | : | |
| | : | Document No. |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name: Penn Credit

    Incorrect Address: Attn. Bankruptcy, P.O. Box 988, Harrisburg, PA 17108-0988

Corrected Address:

    Creditor Name: Penn Credit

    Correct Address: 2800 Commerce Drive, Harrisburg, PA 17110

Dated April 1, 2021                                /s/ Donald R. Calaiaro, Esquire

                                                            Donald R. Calaiaro, Esquire

                                                            Calaiaro Valenciik
                                                            938 Penn Avenue, Suite 501
                                                            Pittsburgh, PA 15222
                                                            Address

                                                            412-232-0930
                                                            Phone No.

                                                            PA I.D. #27538
                                                            Bar I.D. and State of Admission