FILED
5/7/21 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

| | | |
|---|---|---|
| **Debtor:** | BRIAN ADAMS | |
| **Case Number:** | 20-23110-GLT | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 06, 2021 11:00 AM  3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

## Matter:

#12 - Final Confirmation of Plan Dated  11/16/2020 (NFC)

R / M #:   12 / 0

## Appearances:

*Peduto*

Debtor:

Trustee: Winnecour  /  Pail  /  Katz  /  (DeSimone)

Creditor:

*Miksich : Anthium LLC*

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to  *9-30*  at  *10:30*
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set  for _____ at _____
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*continue pending motion to strike sheriff sale
there is order staying action on judgment*

4/27/2021   3:42:06PM