IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Brian Adams | : | |
| | : | Bankruptcy No. 20-23110 GLT |
| Debtor | : | Chapter 13 |
| Limosa, LLC | : | |
| Movant | : | |
| | : | |
| v. | : | |
| Brian Adams | : | |
| Respondent | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING STIPULATION AND ORDER**

The undersigned hereby certifies that agreement has been reached with the Debtor(s) regarding limited relief from the automatic stay (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐    An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X☐    No other order has been filed pertaining to the subject matter of this agreement.

☐    The attached document does not require a proposed order.


Dated:    6/2/2021

By:  **/s/ Maria D. Miksich**
Maria D. Miksich, Esq., PA ID 319383
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (412-430-3589)
Email: mmiksich@kmllawgroup.com

**PAWB Local Form 26 (06/17)**