FILED
6/3/21 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian Adams<br>　　　　　　Debtor(s) | |
| Limosa, LLC<br>　　　　　　Movant<br>　　v.<br>Brian Adams<br>　　　　　　Respondent | BK. NO. 20-23110 GLT<br><br>CHAPTER 13 |
| Ronda J. Winnecour, Trustee<br>　　　　　　Additional Respondent | Related to Docket No. 41 & 51 |

### STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Stipulation:

WHEREAS Movant is Limosa, LLC and is the holder of a mortgage executed on April 24, 2006 in the original principal amount of $31,111.00 on the premises located at 707 Willow Street, Connellsville, PA 15425 (the "Property"). Said Mortgage was last assigned from Argolica, LLC to Movant on March 17, 2021 and recorded on March 23, 2021 as Instrument Number 202100003047.

WHEREAS Movant's foreclosure proceedings by reason of non-payment of the monthly mortgage payments were instituted by Movant regarding the Property (docket # 2583 of 2019 GD) filed in the Court of Common Pleas of Fayette County, Pennsylvania.

WHEREAS, pursuant to said proceedings, a sheriff's sale was held on October 15, 2020 and the Property was sold to Movant's predecessor in interest, Anthium, LLC (the Plaintiff in the foreclosure action, docket # 2583 of 2019 GD).

WHEREAS the Debtor filed the instant bankruptcy petition on November 2, 2020.

WHEREAS the Debtor filed a Petition to Set Aside Sheriff's Sale on December 10, 2020 in the Court of Common Pleas of Fayette County, Pennsylvania.

WHEREAS an order of court requires Plaintiff to stay any enforcement of the Judgement.

WHEREAS, the parties enter into this agreement to provide for limited relief from the automatic stay to allow the parties to litigate the Petition to Set Aside the Sheriff's Sale.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The automatic stay is terminated as it affects the interests of the Movant with respect to Debtor's real property at 707 Willow Street, Connellsville, PA 15425, for the limited purpose of allowing the parties to litigate the Petition to Set Aside the Sheriff's Sale in the Court of Common Pleas of Fayette County, Pennsylvania.

2. If the in the Court of Common Pleas of Fayette County confirms the sheriff sale of the Property held on October 15, 2020, and the Debtor's have exhausted all appellate procedures, the automatic stay against the property is hereby lifted.

3. If the Court of Common Pleas of Fayette County orders the sheriff sale of the Property held on October 15, 2020 be set aside, the automatic stay remains in place.

Consented to by:

**/s/ Mark B. Peduto**
Mark B. Peduto, Esq., PA ID 62923
Calaiaro Valencik
938 Penn Avenue, Ste 501
Pittsburgh, PA 15222
Phone: 412-232-0930
Email: mpeduto@c-vlaw.com

**/s/ Maria D. Miksich**
Maria D. Miksich, Esq., PA ID 319383
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (412-430-3589)
Email: mmiksich@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23110-GLT |
| Brian Adams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Adams, 707 Willow Street, Connellsville, PA 15425-2827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Argolica LLC bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Brian Adams dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Maria Miksich | on behalf of Creditor Limosa  LLC mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Brian Adams mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2      User: bsil      Page 2 of 2
Date Rcvd: Jun 03, 2021      Form ID: pdf900      Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6