FILED
10/1/21 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** BRIAN ADAMS
- **Case Number:** 20-23110-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 30, 2021 10:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#12 - Continued Confirmation of Plan Dated 11-16-20 (NFC)
R / M #: 12 / 0

**Appearances:**
- Debtor: Peduto
- Trustee: Winnecour / Warmbrodt / (Katz) / DeSimone
- Creditor: Mikosich for Limosa

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 12/16/21.
   Objections are due on or before 1/6/22.
   A hearing on the Amended Plan is set for 1/13/22 at 11:30 AM.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

Con't for stipulation between Debtor and Limosa and amended plan to incorporate terms

9/20/2021  11:59:37AM