Case 20-23110-GLT    Doc 62    Filed 10/16/21    Entered 10/17/21 00:34:12    Desc Imaged
Certificate of Notice    Page 1 of 4

FILED
10/13/21 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Adams<br>　　　　　Debtor(s) | |
| Limosa, LLC<br>　　　　　Movant<br>　　v.<br>Brian Adams<br>　　　　　Respondent<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | BK. NO. 20-23110 GLT<br><br>CHAPTER 13<br><br><br>Related to Docket No. 60 |

### STIPULATION AND ORDER

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Debtor is expecting to receive a settlement from a medial malpractice lawsuit, and intends to pay Movant's loan in full.

2. As of the date of this order, and beginning with the October 2021 payment, Debtor shall make adequate protection payments in the amount of $462.50 per month to Limosa, LLC through the Chapter 13 Trustee until March 1, 2022.

3. These adequate protection payments shall be applied towards deferred maintenance, costs and taxes, and will not be applied to the principal and interest of the loan.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within THIRTY (30) days of the date of said notice. If Debtor(s) should fail to cure the default within THIRTY (30) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant ongoing in from the automatic stay.

5. In the event that Debtor has not paid Movant's mortgage in full on or before March 1, 2022, Movant is automatically granted from the automatic stay with

respect to the property located at 707 Willow Street, Connellsville, PA 15425, without further order of court.

6. Starting October 2021, the Chapter 13 Trustee shall send monthly payments in the amount of $462.50 to SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501. The Chapter 13 Trustee shall make said adequate protection payments through February 2022.

7. This stipulation does not preclude the parties from litigating the Debtor's petition to set aside the sheriff sale held on October 15, 2020. Said petition was filed in the Court of Common Pleas of Fayette County, Pennsylvania at Docket No. 2583 of 2019 GD.

8. Nothing in this agreement shall act as a waiver of any claims or defenses of either party.

9. The parties agree that a facsimile signature shall be considered an original signature.

Consented to by:

/s/ Mark B. Peduto_____
Mark B. Peduto, Esq., PA ID 62923
Calaiaro Valencik
938 Penn Avenue, Ste 501
Pittsburgh, PA 15222
Phone: 412-232-0930
Email: mpeduto@c-vlaw.com

/s/ Maria D. Miksich_____
Maria D. Miksich, Esq., PA ID 319383
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (412-430-3589)
Email: mmiksich@kmllawgroup.com

On _13th Day of October_____, 2021, it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Gregory L. Taddonio, Judge
United States Bankruptcy Court

DATED: October 13, 2021

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23110-GLT |
| Brian Adams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Oct 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Adams, 707 Willow Street, Connellsville, PA 15425-2827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Argolica LLC bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Brian Adams dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Maria Miksich | on behalf of Creditor Limosa  LLC mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Brian Adams mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2      User: bsil      Page 2 of 2

Date Rcvd: Oct 14, 2021      Form ID: pdf900      Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6