# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-23110-GLT |
| Brian Adams, | ) **Chapter** 13 |
|     **Debtor,** | ) |
| Brian Adams, | ) **Related Document No.** 65-66 |
|     **Movant,** | ) **Hearing Date: 0**1/12/22 @ 10:00 a.m. |
|     **vs.** | ) **Response Due:** 12/22/21 |
| Illinois Valley Radiology, | ) |
|     **Respondent.** | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO CLAIM OF ILLINOIS VALLEY RADIOLOGY - Document No. 65

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Objection to Claim of Illinois Valley Radiology** filed on November 22, 2021 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Objection to Claim of Illinois Valley Radiology** appears thereon. Pursuant to the Notice of Hearing, objections to the **Objection to Claim of Illinois Valley Radiology** were to be filed and served no later than December 22, 2021.

It is hereby respectfully requested that the Order attached to the **Objection to Claim of Illinois Valley Radiology** be entered by the Court.

**Dated:** January 7, 2022

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
mpeduto@c-vlaw.com
**PA I.D. No. 62923**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**