FILED
1/7/22 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Brian Keith Adams,<br>    **Debtor,**<br>Brian Keith Adams,<br>    **Movant,**<br>v.<br>Illinois Valley Radiology,<br>    **Respondent.** | ) Case No. 20-23110-GLT<br>)<br>) **Chapter** 13<br>)<br>) **Hearing Date:** 01/12/22 @ 10:00 a.m.<br>) **Response Date:** 12/22/21<br>)<br>) Related to Docket No. 65<br>) |

### ORDER OF COURT

**AND NOW**, this 7th Day of January, 2021, upon consideration of the Debtor's Objection to Claim ("Objection"), and any response, and after notice and an opportunity to be heard, this Court hereby makes the following findings of fact:

    A.    The Respondent did not file a proof of claim on or before the claims bar date.

    B.    The Respondent filed Proof of Claim #5 against the Debtor on January 14, 2021.

    C.    The Respondent did not include any supporting documentation with its proof of claim including the date(s) of service.

    D.    The Respondent did not file a Motion for Leave to File a Late Claim prior to filing the Proof of Claim.

    E.    The Debtor is prejudiced by allowing the claim to be allowed.

    F.    The lack of factual support to the proof of claim prevents the Debtor from determining the validity of the claim.

    G.    The allowance of the claim has impacted the judicial proceeding.

    H.    The delay was in the reasonable control of the Respondent.

**IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The foregoing findings of facts are incorporated herein by reference.

2. The Objection is hereby **SUSTAINED**.

3. The claim of Illinois Valley Radiology, filed on the Claims Register at Proof of Claim #5, in the amount of $136.00, is hereby disallowed and stricken from the from the record.

4. The Respondent is hereby barred and disallowed from collecting on this claim.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

By the Court:

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23110-GLT |
| Brian Adams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Adams, 707 Willow Street, Connellsville, PA 15425-2827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Argolica LLC bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Brian Adams dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Maria Miksich | on behalf of Creditor Limosa  LLC mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Brian Adams mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
                                cmecf@chapter13trusteewdpa.com

TOTAL: 6