FILED
4/14/22 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 20-23110-GLT |
| | : | Chapter 13 |
| BRIAN KEITH ADAMS, | : | |
| *Debtor*. | : | Related to Docket No. 78 |
| | : | |

**NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS**

**AND NOW**, this 14th day of April, 2022, **NOTICE IS HEREBY GIVEN THAT** a Request for an Expedited Hearing on the *MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY ACTION AND DISTRIBUTION OF PROCEEDS* ("Motion") has been filed in the above-referenced case by Donald R. Calaiaro, Counsel for Brian Keith Adams.

1. On **April 20, 2022, at 11:00 A.M.** a hearing has been scheduled in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pennsylvania, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

2. On or before **April 19, 2022 at 12:00 P.M.**, **Responses** to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

3. In light of the contemplated distribution to unsecured creditors, Movant shall serve a copy of this completed Scheduling Order and the *Motion* by U.S. Mail and, (1) hand delivery or (2) facsimile or (3) email (separate from CM/ECF) on only the Chapter 13 Trustee and U.S. Trustee. Movant shall immediately file a certificate of service indicating such service.

4. In the absence of any objection or response, the Court may grant the *Motion* without further notice and cancel the scheduled hearing.

ENTERED at Pittsburgh, Pennsylvania.

Dated: April 14, 2022

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23110-GLT |
| Brian Adams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Adams, 707 Willow Street, Connellsville, PA 15425-2827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 16, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Argolica LLC bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Brian Adams dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Maria Miksich | on behalf of Creditor Limosa  LLC mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Brian Adams mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6