# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-23110-GLT |
| Brian Adams, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Brian Adams, | ) **Related Document No.** 83 |
| **Movant,** | ) **Hearing Date:** 4/20/22 @ 11:00 a.m. |
| **vs.** | ) **Response Due:** 4/19/22 |
| Limosa, LLC, Portfolio Recovery Associates, | ) |
| LLC. and Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Amended Exhibit A and Amended Proposed Order

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 19, 2022.

**SERVICE BY FIRST CLASS MAIL**:
Office of the United State Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, Pa 15222
Rhonda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219
Limosa, LLC, c/o Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106
Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541
Brian Adams, 707 Willow Street, Connellsville, PA 15425

**SERVICE BY EMAIL** :
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
**Brian Nicholas on behalf of creditor Limosa, LLC    bnicholas@kmllawgroup.com,**
**Maria Miksich on behalf of creditor Limosa, LLC ekishbaugh@kmllawgroup.com**
**Portfolio Recovery Associates, LLC;** Bankruptcy_Info@portfoliorecovery.com
Brian Adams;    kimbowers981@gmail.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Dated: April 19, 2022 | **BY:** /s/ Mark B. Peduto |
| | **Mark B. Peduto, Esquire** |
| | **PA I.D. #62923** |
| | **mpeduto@c-vlaw.com** |
| | **CALAIARO VALENCIK** |
| | **938 Penn Avenue, Suite 501** |
| | **Pittsburgh, PA  15222-3708** |

**(412) 232-0930**

Case 20-23110-GLT    Doc 84    Filed 04/19/22    Entered 04/19/22 11:34:37    Desc Main
Document      Page 2 of 2