## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-23110-GLT |
| Brian Keith Adams, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Brian Keith Adams, | ) |
|     **Movant,** | ) Hearing Date: 04/20/22 @ 11:00 am |
|     vs. | ) Response Due: 4/19/22 |
| Limosa, LLC, | ) |
| Portfolio Recovery Associates, LLC, and | ) Related to doc. 78,79,83 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     **Respondents.** | ) Document No. |

### CERTIFICATION OF NO OBJECTION REGARDING
### EXPEDITED MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY
### ACTION AND DISTRIBUTION OF PROCEEDS
### - Document No. 78

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Expedited Motion to Approve Settlement of Personal Injury Action and Distribution of Proceeds** filed on November 19, 2020 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Expedited Motion to Approve Settlement of Personal Injury Action and Distribution of Proceeds** appears thereon. Pursuant to the Notice of Hearing, objections to the **Expedited Motion to Approve Settlement of Personal Injury Action and Distribution of Proceeds** were to be filed and served no later than April 19, 2022.

It is hereby respectfully requested that the Order attached to the **Expedited Motion to Approve Settlement of Personal Injury Action and Distribution of Proceeds** be entered by the Court.

Dated: April 19, 2022

                                              **BY:** /s/ Mark B. Peduto
                                              **Mark B. Peduto, Esquire**
                                              **PA I.D. #62923**
                                              mpeduto@c-vlaw.com
                                              **CALAIARO VALENCIK**
                                              **938 Penn Avenue, Suite 501**
                                              **Pittsburgh, PA  15222-3708**
                                              **(412) 232-0930**