FILED
4/19/22 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) **Case No.**  20-23110-GLT |
| Brian Keith Adams, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Brian Keith Adams, | ) |
| **Movant,** | ) **Hearing Date: 4/20/22 @ 11:00 am** |
| **vs.** | ) **Response Due: 4/19/22** |
| Limosa, LLC, | ) |
| Portfolio Recovery Associates, LLC, and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondents.** | ) Related to Docket No. 78 & 83 |

### AMENDED ORDER OR COURT

**AND NOW,** to-wit, this 19th Day of April _, 2022, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the settlement of Debtor's pre-bankruptcy

lawsuit for personal injuries and damages filed at Case No. 84 of 2018 in the Court of

Common Pleas of Fayette County in the amount of $2,200,000.00, is hereby approved.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the proceeds be

distributed in accordance with the Settlement Distribution Sheet attached to this Order.

The $74,250.00 to be paid to the Chapter 13 Trustee will be added to the Trustee's

balance on hand to be used, after Trustee fees, to first pay 100% of the allowed

unsecured claims, with the balance to complete the case.  To extent there is a shortfall

Debtor will contribute additional funds; any surplus will be refunded to the Debtor.

**By the Court,**

**Judge Gregory L. Taddonio**
**United States Bankruptcy Court**

## AMENDED EXHIBIT A

### BRIAN KEITH ADAMS
### PROPOSED SETTLEMENT DISTRIBUTION SHEET

| | |
|---|---|
| Gross Settlement Amount | $2,200,000.00 |
| Kline & Specter, P.C. (40%) | $  880,000.00 |
| Kline & Specter, P.C. (costs) | $   93,196.03 |
| Ronda J. Winnecour (20-23110) | $   74,250.00[1] |
|   Limosa, LLC | $55,389.59 |
|   Portfolio Recovery Associates, LLC | $  3,328.74 |
|   Calaiaro Valencik | $17,321.96 |
|   Ch. 13 (percentage) | $  2,153.25 |
| Liberty Funding LLC lien | $ 179,322.89 |
| PA Department of Human Services lien (Reduction of 40% from original claim) | $   52,628.77 |
| | |
| Brian Adams (balance estimated) | $920,602.31 |

---

[1] **The Chapter 13 trustee is holding $4,042.96 for a total of $78,292.96 to pay all creditors.**