FILED
4/19/22 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Brian Keith Adams,<br>**Debtor,**<br>Brian Keith Adams,<br>**Movant,**<br>vs.<br>Limosa, LLC,<br>Portfolio Recovery Associates, LLC, and<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>**Respondents.** | ) Case No. 20-23110-GLT<br>)<br>) **Chapter** 13<br>)<br>) **Hearing Date: 4/20/22 @ 11:00 am**<br>) **Response Due: 4/19/22**<br>)<br>)<br>) Related to Docket No. 78 & 83<br>) |

### AMENDED ORDER OR COURT

**AND NOW,** to-wit, this 19th Day of April, 2022, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the settlement of Debtor's pre-bankruptcy lawsuit for personal injuries and damages filed at Case No. 84 of 2018 in the Court of Common Pleas of Fayette County in the amount of $2,200,000.00, is hereby approved.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the proceeds be distributed in accordance with the Settlement Distribution Sheet attached to this Order.

The $74,250.00 to be paid to the Chapter 13 Trustee will be added to the Trustee's balance on hand to be used, after Trustee fees, to first pay 100% of the allowed unsecured claims, with the balance to complete the case. To extent there is a shortfall Debtor will contribute additional funds; any surplus will be refunded to the Debtor.

By the Court,

_____
**Judge Gregory L. Taddonio
United States Bankruptcy Court**

# AMENDED EXHIBIT A

## BRIAN KEITH ADAMS
## PROPOSED SETTLEMENT DISTRIBUTION SHEET

| | |
|---|---|
| Gross Settlement Amount | $2,200,000.00 |
| Kline & Specter, P.C. (40%) | $ 880,000.00 |
| Kline & Specter, P.C. (costs) | $ 93,196.03 |
| Ronda J. Winnecour (20-23110) | $ 74,250.00[1] |
|   Limosa, LLC | $55,389.59 |
|   Portfolio Recovery Associates, LLC | $ 3,328.74 |
|   Calaiaro Valencik | $17,321.96 |
|   Ch. 13 (percentage) | $ 2,153.25 |
| Liberty Funding LLC lien | $ 179,322.89 |
| PA Department of Human Services lien (Reduction of 40% from original claim) | $ 52,628.77 |
| Brian Adams (balance estimated) | $920,602.31 |

---

[1] **The Chapter 13 trustee is holding $4,042.96 for a total of $78,292.96 to pay all creditors.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23110-GLT |
| Brian Adams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Adams, 707 Willow Street, Connellsville, PA 15425-2827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Argolica LLC bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Brian Adams dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Maria Miksich | on behalf of Creditor Limosa  LLC mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Brian Adams mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Apr 19, 2022 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 6