**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-23110-GLT |
| Brian Keith Adams, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Calaiaro Valencik, | ) **Related Document No.** 76-77 |
| **Movant,** | ) **Hearing Date:** 05/04/22 @ 10:00 a.m. |
| **vs.** | ) **Response Due:** 04/25/22 |
| No Respondent. | ) **Document No.** |

**INTERIM FEES AND EXPENSES APPLICATION
FILED ON BEHALF OF CALAIARO VALENCIK
- Document No. 76**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on April 7, 2022, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** were to be filed and served no later than April 25, 2022.

It is hereby respectfully requested that the Order attached to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

| | |
|---|---|
| **Dated:** April 26, 2022, | **BY:** /s/ Donald R. Calaiaro |
| | **Donald R. Calaiaro, Esquire** |
| | **PA I.D. No. 27538** |
| | dcalaiaro@c-vlaw.com |
| | **CALAIARO VALENCIK** |
| | **938 Penn Avenue, Suite 501** |
| | **Pittsburgh, PA  15222-3708** |
| | **(412) 232-0930** |