**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Case No. 20-23110-GLT |
| Brian Keith Adams, | ) |
| **Debtor,** | ) Chapter 13 |
| Calaiaro Valencik, | ) |
| **Movant,** | ) Hearing Date: 05/04/22 @ 10:00 a.m. |
| vs. | ) Response Due: 04/25/22 |
| No Respondent. | ) Document No. |
| | Related to Docket No. 76 |

## ORDER OF COURT

**AND NOW,** to-wit, this 27th Day of April, 2022, upon consideration of the foregoing Interim Fees and Expenses Application by attorney for the Debtor, it is hereby

**ORDERED** that fees and expenses of Calaiaro Valencik be approved for their services rendered and incurred from October 26, 2020, through April 5, 2022, in the total amount of $21,312.50 consisting of $21,083.00 in fees and $229.50 in expenses.

It is further **ORDERED** that, after the retainer of $2,190.00 and payments of $1,800.54 from the Chapter 13 Trustee have been applied, the balance due for counsel at this time, including fees and costs, is $17,321.96.

By the Court,

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court

The Clerk Shall Record the Total Award of Compensation in the amount of $21,312.50 which includes $21,083.00 in fees and $229.50 in expenses.

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23110-GLT |
| Brian Adams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Adams, 707 Willow Street, Connellsville, PA 15425-2827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 29, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Argolica LLC bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | |
| | on behalf of Debtor Brian Adams dcalaiaro@c-vlaw.com |
| | cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Maria Miksich | |
| | on behalf of Creditor Limosa LLC mmiksich@kmllawgroup.com |
| Mark B. Peduto | |
| | on behalf of Debtor Brian Adams mpeduto@c-vlaw.com |
| | jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6