**Form 600**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brian Adams** | : | Case No. 20−23110−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Brian Keith Adams | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 114 |
| Limosa, LLC and Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | Hearing Date: 2/8/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this ***The 6th of January, 2023***, a *Debtor's Motion to Reconsider Order Closing Bankruptcy, or in the Alternative, Motion to Reopen Bankruptcy Case* having been filed at Doc. No. 114 by the Debtor,

   It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

   (1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

   (2) **On or before January 23, 2023,** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

   (3) This *Motion* is scheduled for an in−person non−evidentiary hearing on ***February 8, 2023*** at ***11:00 AM*** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).

   **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (4) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L Taddonio refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy *IMMEDIATELY*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: Brian Keith Adams
   Donald R. Calaiaro, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23110-GLT |
| Brian Adams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 06, 2023 | Form ID: 600 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Adams, 707 Willow Street, Connellsville, PA 15425-2827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Brian Adams apratt@c-vlaw.com<br>kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor Argolica LLC bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Brian Adams dvalencik@c-vlaw.com<br>kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Brian Adams dcalaiaro@c-vlaw.com<br>kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: 600 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor Limosa LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7