# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-23110-GLT |
| Brian Keith Adams, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Brian Keith Adams, | ) |
|     **Movant,** | ) **Related Document No.** 120-121 |
|     **vs.** | ) **Hearing Date:** 02/08/23 @ 9:00 a.m. |
| Limosa, LLC and | ) **Response Due:** 01/26/23 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     **Respondents.** | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO RECONSIDER ORDER CLOSING BANKRUPTCY, OR IN THE ALTERNATIVE, MOTION TO REOPEN BANKRUPTCY CASE
## - Document No. 120

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtor's Motion to Reconsider Order Closing Bankruptcy, or in the Alternative, Motion to Reopen Bankruptcy Case** filed on January 9. 2023, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtor's Motion to Reconsider Order Closing Bankruptcy, or in the Alternative, Motion to Reopen Bankruptcy Case** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtor's Motion to Reconsider Order Closing Bankruptcy, or in the Alternative, Motion to Reopen Bankruptcy Case** were to be filed and served no later than January 26, 2023.

It is hereby respectfully requested that the Order attached to the **Debtor's Motion to Reconsider Order Closing Bankruptcy, or in the Alternative, Motion to Reopen Bankruptcy Case** be entered by the Court.

**Dated:**  January 27, 2023,

        **BY:** /s/ Donald R. Calaiaro
        **Donald R. Calaiaro, Esquire**
        **PA I.D. No. 27538**
        dcalaiaro@c-vlaw.com
        **CALAIARO VALENCIK**
        **938 Penn Avenue, Suite 501**
        **Pittsburgh, PA  15222-3708**
        **(412) 232-0930**