FILED
5/9/23 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-23110-GLT |
| | : | Chapter 13 |
| Brian Keith Adams | : | |
| | : | |
| *Debtor.* | : | |
| | : | |
| | : | |
| Brian Keith Adams | : | Related to Dkt. No(s) 129 & 132 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| Limosa LLC and Ronda J. Winnecour, | : | |
| Chapter 13 Trustee | : | |
| | : | |
| *Respondents.* | : | |

### <u>ORDER</u>

**AND NOW**, this *9th Day of May 2023* upon consideration of the *Default Order*

dated 2/28/2023[ Dkt. No. 132] *Granting the Motion for an Order (1) Enforcing the Chapter 13*

*Plan, (II) Compelling the Vacation of the Sheriff's sale, The Return of the Deed to the Debtor*

*and The Satisfaction of Mortgage, and (III) Granting Related Relief [Dkt. No. 129]* it is hereby

**ORDERED, AJUDGED** and **DECREED** that within 30 days of this order, the Attorney for the

Debtor shall file a Status Report with the Court addressing whether Limosa, LLC has complied

with the Court's February 28, 2023 Order [Dkt. No. 132].

Dated: May 9, 2023

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case Administrator to Mail to:</u>
Brian Keith Adams
Donald Calaiaro, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 20-23110-GLT

Brian Adams                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Adams, 707 Willow Street, Connellsville, PA 15425-2827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Brian Adams apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor Argolica LLC bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Brian Adams dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Brian Adams dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Maria Miksich | |

on behalf of Creditor Limosa  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com


TOTAL: 7