**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-23110-GLT |
| Brian Keith Adams, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Brian Keith Adams, | ) |
| **Movant,** | ) **Related Document No.** 139 |
| vs. | ) **Status Conference:** 06/28/23 @ 11:00 a.m. |
| Limosa, LLC and | ) **Response Due:** |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondents.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Amended Order

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 21, 2023.

**EMAIL**
Maria Miksich on behalf of Creditor Limosa, LLC   mmiksich@kmllawgroup.com
Brian Ketih Adams, kimbowers981@gmail.com


The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** June 21, 2023        /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**