FILED
6/20/23 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-23110-GLT |
| | : | Chapter 13 |
| Brian Keith Adams | : | |
| *Debtor.* | : | |
| | : | |
| Brian Keith Adams | : | Related to Dkt. No(s) 129, 132 & 136 |
| *Movant,* | : | |
| v. | : | |
| Limosa LLC and Ronda J. Winnecour, Chapter 13 Trustee | : | |
| *Respondents.* | : | |

### AMENDED ORDER

**AND NOW**, this **20th Day of June 2023** upon consideration of the *Default Order* dated 2/28/2023[ Dkt. No. 132] Granting the *Motion for an Order (I) Enforcing the Chapter 13 Plan, (II) Compelling the Vacation of the Sheriff's sale, The Return of the Deed to the Debtor and The Satisfaction of Mortgage, and (III) Granting Related Relief* [Dkt. No. 129] and the *Status Report* [Dkt. No. 136] filed by Debtor Brian Adams it is hereby **ORDERED, AJUDGED** and **DECREED** that:

1. A Status Conference on this matter will be held on June 28, 2023 at 11:00 AM via P01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh, In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website by no later than 4 p.m. on the business day prior to the scheduled

    hearing.

2. The Court requires the appearance of an attorney or duly authorized representative of Limosa, LLC with knowledge of the underlying facts of this case shall appear at the hearing.

3. Debtor's counsel shall serve a copy of this order on Limosa LLC and file a certificate of service within three (3) days.

Dated: June 20, 2023

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Brian Keith Adams
Donald Calaiaro, Esq.
Maria D. Miksich, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23110-GLT |
| Brian Adams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

**Recip ID         Recipient Name and Address**
db              + Brian Adams, 707 Willow Street, Connellsville, PA 15425-2827

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

**Name                        Email Address**

Andrew Kevin Pratt
    on behalf of Debtor Brian Adams apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Brian Nicholas
    on behalf of Creditor Argolica LLC bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Debtor Brian Adams dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Brian Adams dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Maria Miksich

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 20, 2023 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Limosa LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7