**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-23110-GLT |
| | : | Chapter: | 13 |
| Brian Adams | : | | |
| | : | | |
| | : | Date: | 6/28/2023 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:** #137 - Status Conferenc Re: #129 Motion to Enforce the Chapter 13 plan (II) Compelling the Vacation of the Sheriff's Sale, The Return of the Deed to the Debtor and the Satisfaction of Mortgage (III) Granting Related Relief, #132 Default Granting Motion to Enforce, #136 - Status Report

**APPEARANCES:**
  Debtor: Andrew Pratt
  Limosa: Denise Carlon

**NOTES:** [11:00]

Pratt: Mortgage has been satisfied. State Court matter is only outstanding issue. Need to file a petition in State Court to set aside the sheriff's sale, but that cannot be heard until July 11, 2023. Been in communications with Limosa.

**OUTCOME:**

1) Status conference concluded. [Text order].

**DATED:** 6/28/2023